EL PUEBLO, DEMADANTE Y APELADO, *v.* GARZOT, ACUSADO Y APELANTE.

APELACIÓN procedente de la Corte de Distrito de Humacao en causas por infracción de las ordenanzas municipales.

Nos. 991, 992, 993, 994, 995, 996, 997 y 998.—Resueltos en junio 24, 1916.

Resueltos por los fundamentos de la opinión emitida en el caso No. 990, *El Pueblo* v. *Garzot* (p. 231).

Abogados del apelante: *Sres. Arturo Aponte, Jr., y Ramón P. Rodríguez Alberty.*

Abogado del apelado: *Sr. Salvador Mestre, Fiscal.*

*Confirmadas las sentencias apeladas.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf, del Toro, Aldrey y Hutchison.